Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | CORBIN, David |
| **Docket Number:** | 1:02CR05357-002 |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | February 9, 2004 |
| **Original Offense:** | Unauthorized Use of the Identification of Another Person (CLASS E FELONY) |
| **Original Sentence:** | 5 months custody; 3 years Supervised Release |
| **Special Conditions:** | 1) Search; 2) Drug treatment; 3) Drug testing; 4) Alcohol abstinence; 5) Five months residential community corrections center placement; 6) $5 per month co-pay for drug treatment and testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | May 18, 2004 |
| **Assistant U.S. Attorney:** | Stanley Boone            **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | Victor Chavez            **Telephone:** (559) 487-5561 |

**Other Court Action:**

| | |
|---|---|
| August 2, 2005 | Probation Form 12B filed with the Court to include up to 90 days at Turning Point Fresno Comprehensive Sanction Center for a drug test which tested positive for methamphetamine. |
| November 17, 2005 | Probation Form 12C Petition for Warrant issued by the |

**RE:   CORBIN, David**
**Docket Number:  1:02CR05357-002**
**SUPERSEDING PETITION FOR**
**OFFENDER UNDER SUPERVISION**

Court charging: Failure to Follow Instruction of the Probation Officer; Failing to Participate in Drug Treatment and Testing; and Failure to Submit Monthly Written Reports

## PETITIONING THE COURT

**(  )   TO ISSUE A WARRANT**

**(  )   TO ISSUE A SUMMONS**

**( X )   OTHER:** Petition amended to add Charge 4

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**     **FAILURE TO FOLLOW THE INSTRUCTION OF THE PROBATION OFFICER**

The offender has not had personal contact with the Probation officer since October 6, 2005, after his release from Turning Point Comprehensive Sanction Center.  Telephone voice messages were left for the offender on October 20 and 26, 2005 to contact the undersigned immediately due to his failure to show for drug treatment.  The offender failed to return the calls.

On November 1, 2005,  a home contact was conducted in an attempt to locate the offender.  A friend of the offender's was at the residence and indicated the offender would

**RE:   CORBIN, David**
   **Docket Number:  1:02CR05357-002**
   **SUPERSEDING PETITION FOR**
   **OFFENDER UNDER SUPERVISION**

be home later that evening.  A note was left for the offender to appear for an office appointment on November 7, 2005.  The offender failed to appear for that appointment and his current whereabouts are unknown.

**Charge 2:**          **FAILURE TO PARTICIPATE IN DRUG TREATMENT AND TESTING**

On October 6, 2005, the offender was directed to participate in drug treatment and testing. The offender has failed to appear for substance abuse counseling on October 13, 20, 27, November 5 and 10, 2005 and failed to appear for testing on November 2, 2005.

**Charge 3:**          **FAILURE TO SUBMIT MONTHLY WRITTEN REPORTS**

The offender has failed to submit monthly reports since June 2005.

**Charge 4:**          **POSSESSION   OF   CONTROLLED   SUBSTANCE AND PARAPHERNALIA**

On November 25, 2005, the offender was arrested by the U.S. Marshals Service based on a warrant issued by the Court on November 17, 2005 for Charges 1-3, included in this petition.  At time of his arrest, he was found to be in possession of a glass smoking pipe (used to ingest narcotics) and approximately one gram of suspected methamphetamine. The offender further admitted to using methamphetamine on November 21, 2005.

**Justification:**   On October 3, 2005, the offender was released from Turning Point Comprehensive Sanction Center, after serving 45 days custody for using methamphetamine.  The offender reported to the probation officer on October 6, 2005 to obtain instruction for drug and urinalysis testing.  Since that date, the offender has failed to comply with directions to participate in treatment.  Further, has not responded to any

**RE:   CORBIN, David**
    **Docket Number:  1:02CR05357-002**
    **SUPERSEDING PETITION FOR**
    **OFFENDER UNDER SUPERVISION**

messages left by the undersigned and has failed to maintain contact.  The offender's whereabouts were unknown until the time of his arrest on November 25, 2005.

On November 28, 2005, the offender appeared in Magistrate Court for an initial appearance and was ordered to remain in custody. A status hearing was set for December 12, 2005 at 9:00 a.m.

**Bail/Detention:**  Based on the above information, it is recommended the Court consider him a flight risk and danger to the community.  It is therefore recommended he remain in custody for the duration of court proceedings.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:    November 28, 2005
                   Fresno, California

                              Respectfully submitted,

                              /s/ Philip Miutani

                              **Philip Mizutani**
                              **United States Probation Officer**
                              Telephone:  (559) 498-7321

**REVIEWED BY**:    /s/ Bruce Vasquez
                   **Bruce Vasquez**
                   **Supervising United States Probation Officer**

**RE:   CORBIN, David**
**Docket Number:  1:02CR05357-002**
**SUPERSEDING PETITION FOR**
**OFFENDER UNDER SUPERVISION**

**THE COURT ORDERS:**

( X )  Other: The petition is superseded with one additional charge.

(   )  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( X )  The Defendant is ordered detained with his next appearance before the Court on December 12, 2005.

(   )  Other

| December 1, 2005 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Stanley Boone, Assistant United States Attorney
      Victor Chavez, Assistant Federal Public Defender